Kevin R. Anderson, Bar 4786
CHAPTER 13 TRUSTEE
Jocelyn J. Rick, Bar 9508
405 SOUTH MAIN, SUITE 600
Salt Lake City, Utah 84111
Telephone: (801)596-2884
Facsimile: (801)596-2898



## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### NORTHERN DIVISION

| | |
|---|---|
| IN RE:    KELLY WINSTON CUNNINGHAM<br>DARLA LEE CUNNINGHAM | Case No. 03B-35084<br><br>Chapter 13<br><br>Judge Judith A. Boulden |

## DECLARATION OF TRUSTEE
## REGARDING DEPOSIT OF UNCLAIMED FUNDS

KEVIN R. ANDERSON, the duly appointed acting, Chapter 13 Trustee ("Trustee") in the

above-captioned case declares, under penalty of purjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement

checks listed were not negotiated within 90 days of issuance, or have been returned to the Trustee as un-

deliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee.

The Trustee has issued a stop payment on the listed check.

| Payee Name & Address (last known) | Check Amount |
|---|---|
| CHECKMANIA<br>2631 NORTH HILLFIELD ROAD<br>LAYTON, UT 84041 | $      .01 |

The above listed addresses are the last known addresses for the payees on the list. The checks

in question total $      .01 . This total represents unclaimed funds which the Trustee does herewith pay

into the registry of the United States Bankruptcy Court for the District of Utah.

Dated this _21st_ day of _March_ , 2011

_Kevin R. Anderson_
KEVIN R. ANDERSON
Chapter 13 Trustee

2

# CERTIFICATE OF MAILING

I the undersigned, an employee of the Standing Chapter 13 Trustee do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first-class, postage prepaid on the ___21___ day of ___March___, 2011 to the following parties at the addresses listed below:

DARLA LEE CUNNINGHAM
KELLY WINSTON CUNNINGHAM
1360 West 1075 North
LAYTON UT  84041

TREASE & WARD
254 WEST 400 SOUTH, STE 303
SALT LAKE CITY, UT  SALT LAKE CITY, UT  84101

_____
Employee of Office of
Chapter 13 Trustee

Page 2
Case No. 03B-35084
Deposit of Unclaimed Funds
Prepared by: CM    (fg #156)