Kevin R. Anderson, Bar 4786
CHAPTER 13 TRUSTEE
Jocelyn J. Rick, Bar 9508
405 SOUTH MAIN, SUITE 600
Salt Lake City, Utah 84111
Telephone: (801)596-2884
Facsimile: (801)596-2898

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| IN RE: KELLY WINSTON CUNNINGHAM DARLA LEE CUNNINGHAM | Case No. 03B-35084 |
|---|---|
| | Chapter 13 |
| | Judge Judith A. Boulden |

## DECLARATION OF TRUSTEE
## REGARDING DEPOSIT OF UNCLAIMED FUNDS

KEVIN R. ANDERSON, the duly appointed acting, Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of purjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement checks listed were not negotiated within 90 days of issuance, or have been returned to the Trustee as undeliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee. The Trustee has issued a stop payment on the listed check.

| Payee Name & Address (last known) | Check Amount |
|---|---|
| KELLY WINSTON CUNNINGHAM & DAR<br>1360 WEST 1075 NORTH<br>LAYTON, UT 84041 | $ 1.42 |

The above listed addresses are the last known addresses for the payees on the list. The checks in question total $ 1.42 . This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated this 21st day of March, 2011

_____
KEVIN R. ANDERSON
Chapter 13 Trustee

## CERTIFICATE OF MAILING

      I the undersigned, an employee of the Standing Chapter 13 Trustee do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first-class, postage prepaid on the 21st day of March, 2011 to the following parties at the addresses listed below:

DARLA LEE CUNNINGHAM
KELLY WINSTON CUNNINGHAM
1360 West 1075 North
LAYTON UT 84041

TREASE & WARD
254 WEST 400 SOUTH, STE 303
SALT LAKE CITY, UT  SALT LAKE CITY, UT 84101

                                                *C. B. Maddux*
                                        Employee of Office of
                                        Chapter 13 Trustee